NO. 5:09cr116-1BO (4)
NO. 5:09cr116-2BO

FILED IN OPEN COURT
ON 4-22-09 JM
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **I N D I C T M E N T** |
| ) | |
| GREGORY WADDELL HAYES ) | |
| THURSTON ALFONZO JONES ) | |

The Grand Jury charges that:

COUNT ONE

Beginning on or about June 1, 2008, the exact date being unknown to the Grand Jury, and continuing thereafter until on or about the date of this Indictment, in the Eastern District of North Carolina and elsewhere, the defendants herein, GREGORY WADDELL HAYES and THURSTON ALFONZO JONES, did knowingly and intentionally combine, conspire, confederate, agree, and have a tacit understanding with one another and other persons, both known and unknown to the Grand Jury, to commit an offense in violation of Title 21, United States Code, Section 841(a)(1), specifically, to distribute and to possess with intent to distribute more than fifty (50) grams of cocaine base (crack) and a quantity of cocaine, both Schedule II controlled substances.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about ~~February~~ December 16, 2008, in the Eastern District of North Carolina, the defendants herein, GREGORY WADDELL HAYES and THURSTON ALFONZO JONES, aiding and abetting each other, did knowingly and intentionally distribute and possess with intent to distribute more than fifty (50) grams of cocaine base (crack), and a quantity of cocaine, both Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2.

## FORFEITURE NOTICE

The defendants are given notice of the provisions of Title 21, United States Code, Section 853, that all of the defendants' interest in all property specified herein is subject to forfeiture.

As a result of the foregoing offenses of the Indictment, the defendants shall forfeit to the United States any and all property constituting, or derived from, any proceeds the said defendants obtained directly or indirectly as a result of the said offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses alleged in the Indictment, and any property, real or personal, involved in such offenses, and any property traceable to such property.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other

property of said defendants up to the value of the above forfeitable property.

GEORGE E.B. HOLDING
United States Attorney

BY: DENISE WALKER
Assistant United States Attorney