UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-116-BO2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **NOTICE OF APPEAL** |
| ) | |
| THURSTON ALFONZO JONES ) | |

NOW COMES the Defendant and respectfully give his Notice of Appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action on the 27th day of April, 2010.

This 4th day of May, 2010

/s/ Lewis A. Thompson, III
Lewis A. Thompson, III
BANZET, THOMPSON & STYERS, PLLC
P. O. Box 535
Warrenton, NC 27589
Telephone: (252) 257-3166
Facsimile: (252) 257-2053
Email: al.thompson@banzetlaw.com
Bar # 24553

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appeal was served on the following person(s) by electronic filing to:

> Denise Walker
> U. S. Attorney's Office
> Room 800
> 310 New Bern Avenue
> Raleigh, NC 27601

This 4th day of May, 2010.

> /s/ Lewis A. Thompson, III
> Lewis A. Thompson, III
> BANZET, THOMPSON & STYERS, PLLC
> P. O. Box 535
> Warrenton, NC 27589
> Telephone: (252) 257-3166
> Facsimile: (252) 257-2053
> Email: al.thompson@banzetlaw.com
> Bar # 24553